## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KEITH LOVEN LAIRD, JR.                                                                              PLAINTIFF

v.                                              1:19cv00060-JM-JJV

DOES                                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the district judge or magistrate judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the magistrate judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the magistrate judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the district judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Keith Loven Laird, Jr. ("Plaintiff") filed this action on July 18, 2019 alleging violations of his constitutional rights. (Doc. No. 1.) Because Plaintiff neither paid the filing and administrative fees in this case nor filed a motion to proceed *in forma pauperis*, in a July 22, 2019 Order I directed Plaintiff to do one or the other within thirty days. (Doc. No. 2.) I also noted that Plaintiff's claims were deficient and gave him the opportunity to file an Amended Complaint if he wished to do so. (*Id*.) I cautioned Plaintiff that his failure to comply with my Order may result in the dismissal of his case without prejudice. (*Id*. at 2, 5-6.) Apparently, Plaintiff never received the July 22 Order; his mail is being returned as undeliverable. (Doc. Nos. 3, 4, 6, 7.)

More than thirty days have now passed from the entry of my July 22, 2019 Order. Plaintiff has not complied with or otherwise responded to the Order. Plaintiff was warned that such failure could result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that

an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 28th day of August 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE