**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KEITH LOVEN LAIRD, JR.**                                                        **PLAINTIFF**

**v.**                              **CASE NO: 1:19CV00060-JM**

**DOES**                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1.      Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice;

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 16th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE