IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEITH LOVEN LAIRD, JR.**                                                                   **PLAINTIFF**

**v.**                          **CASE NO: 1:19CV00060-JM**

**DOES**                                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 16th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE